## 34140. PATTERSON v. PATTERSON.

UNDERCOFLER, Presiding Justice.

Evelyn Patterson appeals from an award changing custody of two children from the mother to the father, contending the evidence was insufficient to warrant a modification of the former final custody award.

We do not agree. There was reasonable evidence before the court which would authorize a change in custody. *Robinson v. Ashmore,* 232 Ga. 498, 500 (207 SE2d 484) (1974); *Alexander v. Alexander,* 235 Ga. 540 (221 SE2d 13) (1975).

*Judgment affirmed. All the Justices concur.*

SUBMITTED AUGUST 13, 1978 — DECIDED DECEMBER 5, 1978.

*James M. Barnes,* for appellant.
*Crawford McDonald,* for appellee.